Honorable Brian D. Lynch
Chapter 7
*Ex parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| In Re: | Case No. 23-40497-BDL |
|---|---|
| KENNETH LAWRENCE GROVER,<br><br><br>Debtors. | *EX PARTE* APPLICATION BY UNITED STATES TRUSTEE FOR *EX PARTE* ORDER DIRECTING (1) FED. R. BANKR. P. 2004 EXAMINATION OF DEBTORS; AND (2) PRODUCTION OF DOCUMENTS |

Acting United States Trustee for Region 18, Gregory M. Garvin (the "U.S. Trustee"), moves the Court pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Fed. R. Bankr. P.") for an ex parte order authorizing the U.S. Trustee to issue subpoenas pursuant to Fed. R. Bankr. P. 9016 to be set on at least 10-days' notice, directing Kenneth Lawrence Grover (the "Debtor") to (1) to appear and be examined under oath and (2) produce documents, at such times and dates as to be set in the subpoenas, and on not fewer than 10-days' notice. The examination shall continue from the time and date set thereafter day-to-day until it is completed, excluding weekends and holidays. The testimony will be recorded stenographically, through audiovisual means, and/or digitally recorded. The U.S. Trustee requests permission to conduct the examination through Zoom or another online video conferencing platform rather than in person if agreed upon.

The U.S. Trustee believes inquiry into the Debtor's assets and prepetition transactions is
*EX PARTE* APPLICATION FOR FED. R. BANKR. P.
2004 EXAMINATION AND PRODUCTION OF
DOCUMENTS - 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

warranted in this case and that the examination and documents requested hereby are necessary for the U.S. Trustee to properly perform his statutory duties in this case.

WHEREFORE, the U.S. Trustee respectfully requests that the Court enter an order:

A. Approving this Application; and

B. Authorizing the U.S. Trustee to issue subpoenas to the Debtor directing them to produce documents and appear for examination under oath, pursuant Fed. R. Civ. P. 2004 and 9016;

C. Allowing any oral examination of the Debtor under oath to proceed remotely, through an online video-conference platform; and

D. Granting such other and further relief that the Court deems appropriate.

DATED this 12th day of May, 2023

        Respectfully submitted,

        GREGRORY M. GARVIN
        Acting U.S. Trustee for Region 18

        /s/ *Matthew J.P. Johnson*
        Matthew J.P. Johnson, WSBA #40476
        Attorney for United States Trustee

*EX PARTE* APPLICATION FOR FED. R. BANKR. P. 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS - 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)