UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In Re:<br><br>KENNETH LAWRENCE GROVER,<br><br>　　　　　　　　　Debtor. | Case No. 23-40497-BDL<br><br>EX PARTE STIPULATION FOR ENTRY OF AN ORDER EXTENDING CERTAIN DEADLINES |

As evidenced by the signatures below, the United States Trustee and Kenneth Lawrence Grover, through his attorney, Alan Wenokur, agree and stipulate to entry of an ex parte order extending the deadline for the United States Trustee to file an objection to discharge pursuant to 11 U.S.C. § 727 in the above-referenced case from June 26, 2023, to August 2, 2023.

Gregory M. Garvin
Acting United States Trustee for Region 18


 /s/ *Matthew J.P. Johnson*
Matthew J.P. Johnson, WSBA #40476
Attorney for United States Trustee


Wenokur Riordan, PLLC

 /s/ *Alan Wenokur*
Alan Wenokur, WSBA #13679
Attorney for the Debtor

EX PARTE STIPULATION - 1