# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

In Re: ) Case No. 23-40497-BDL
)
)
KENNETH LAWRENCE GROVER, ) AGREED ORDER EXTENDING
) CERTAIN DEADLINES
)
Debtor. )
)
)
)
)

Based upon the stipulation of the parties, and as evidenced by the signatures below, the United States Trustee, and Kenneth Lawrence Grover, through his attorney, Alan Wenokur, agree to entry of this order extending the deadline for the United States Trustee to file an objection to discharge pursuant to 11 U.S.C. § 727 in the above-referenced case.

Based upon the foregoing,

//
//
//
//
//
//
//

ORDER - 1

//

IT IS HEREBY ORDERED THAT the deadline for the United States Trustee herein to file an objection to discharge is hereby extended to and including September 22, 2023.

/// END OF ORDER ///

Presented by:

Gregory M. Garvin
Acting United States Trustee for Region 18


 /s/ *Matthew J.P. Johnson*
Matthew J.P. Johnson, WSBA #40476
Attorney for United States Trustee


Agreed as to form and content; notice of presentation waived:

Wenokur Riordan, PLLC


/s/ *Alan Wenokur*
Alan Wenokur, WSBA #13679
Attorney for the Debtor

ORDER - 2